### Jacob Heist v. The People of the State of Illinois.

1. COSTS—*In Criminal Cases.*—Where a defendant is tried upon a criminal charge and acquitted, he is absolved from the payment of all costs.

2. SAME—*Of Continuance in Criminal Cases.*—Where a defendant in a criminal case shows a legal right to a continuance, in order to properly present his defense, he can not be compelled to pay the costs of the term to obtain it.

**Memorandum.**—Error to reverse a judgment for costs rendered by the County Court of Iroquois County; the Hon. MOSES H. EVANS, Judge, presiding. Heard in this court at the May term, 1894. Judgment reversed. Opinion filed December 13, 1894.

MORRIS & HOOPER, attorneys for plaintiff in error.

W. F. PIERSON, State's Attorney, for the defendants in error.

MR. JUSTICE HARKER DELIVERED THE OPINION OF THE COURT.

Plaintiff in error, charged by indictment with the commission of a misdemeanor, at the May term, 1892, of the court below, moved for a continuance and supported his motion by affidavit. The court sustained the motion but continued the cause at his costs.

At the October term, following, a trial was had resulting in his acquittal. He now brings the record to this court and asks a reversal of the judgment against him for the people's costs of the May term, 1892, amounting to $135.55.

Where a defendant, who is tried upon a criminal charge, is acquitted, he is absolved from the payment of all costs. Wells v. McCullock, 13 Ill. 606; McArthur v. Artz, 129 Ill. 352.

If he shows a legal right to a continuance in order to properly present his defense, he can not be compelled to pay the costs of the term to obtain it. Judgment reversed.